# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145333(21)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SC:  145333
COA:  307168
Bay CC:  08-010088-FC

JAMES ARLO TAYLOR,
            Defendant-Appellant.

_____/

        On order of the Court, the motion for reconsideration of this Court's December 5, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

d0325